# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RYAN M. HOWLETT | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| JOHN P. IRWIN | : | NO. 10-465 |

## ORDER

**AND NOW**, this 28th day of February, 2011, upon consideration of Plaintiff's "Motion to Remand" (Doc. No. 29), and Defendant's response, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**. Counsel shall advise the undersigned and United States Magistrate Judge L. Felipe Restrepo by close of business on March 4, 2010 whether the parties agree to consent to trial before Judge Restrepo, to be held on March 28, 2011, or whether they will proceed with the existing trial schedule, (Doc. No. 24).

BY THE COURT:

_____
Mitchell S. Goldberg, J.